UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------X
ALLIANZ INSURANCE COMPANY, ET AL.   :
                                    :
             Plaintiffs,            :
                                    :
        -against-                   :
                                    :
CENTRAL CONNECTICUT FIRE            :
PROTECTION, INC., ET AL.            :
                                    :
             Defendants.            :
------------------------------------X

FILED
Oct 17  2 13 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

**MEMORANDUM DECISION**
**3: 02 CV 510 (GLG)**

Defendant Fire Protection Testing, Inc. moves for summary judgment as to the Third and Fourth Counts of the Second Amended Complaint which are the only counts against said defendant [**Doc. #36**]. Defendant maintains that the claims are barred by the Connecticut Negligence Statute of Limitations, §52-584 C.G.S., which allows three years from the date of the act or omission complained of, in which to bring suit. The installation of the fire protection system performed by the defendant occurred on May 28, 1998, more than three years before the institution of suit. Therefore, with respect to the installation, a claim is barred by the statute. However, the complaint also alleges negligence in the inspection and testing of the fire protection system. This occurred into the middle of 2000, less than two years before the action was commenced. The claim of negligence in inspections

1

occurring after April 4, 2000, are not barred by the statute and present a genuine issue of material fact. The motion to that extent is therefore denied [Doc. #36].

SO ORDERED.

Dated:   October 15, 2003
         Waterbury, CT

                                        _____
                                            Gerard L. Goettel
                                               U.S.D.J.