UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
------------------------------------X
ALLIANZ INSURANCE CO.,et al         :
                                    :
                    Plaintiff,      :
                                    :   No. 3: 02 CV 510 (GLG)
        -against-                   :
                                    :
CENTRAL CT FIRE PROTECTION, et al   :
                                    :
                    Defendant.      :
------------------------------------X
```

**NOTICE TO COUNSEL**

    The above-entitled case was reported to the Court to be settled.  Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, a judgment will be entered on **January 14, 2004** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Waterbury, Connecticut, **December 15, 2003.**

                                      /s/
                                **GERARD L. GOETTEL**
                                **SENIOR UNITED STATES DISTRICT JUDGE**