

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 14  7 50 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

ALLIANZ INSURANCE COMPANY,         :
      PLAINTIFF                        :
                                         :   CIVIL ACTION NO.
V.                                 :   302 CV 510 (GLG)
                                         :
CENTRAL CONNECTICUT FIRE           :
PROTECTION, INC, ET AL             :
                                         :
      DEFENDANT                        :   JANUARY 9, 2004

To:   Clerk
      United States District Court
      14 Cottage Place
      Waterbury, CT  06702

Please enter the appearance of the undersigned, Jon P. Antkowiak, as attorney for the defendant, **Fire Protection Testing, Inc.**, in the above-entitled action.

Dated at Rocky Hill, Connecticut, this 9th day of January, 2004.

                                    THE DEFENDANT,
                                    FIRE PROTECTION TESTING, INC.

                                    By_____
                                    Jon P. Antkowiak
                                    Law Offices of Cynthia A. Jaworski
                                    55 Capital Boulevard, Suite 210
                                    Rocky Hill, CT  06067
                                    (860) 513-6410
                                    Federal Bar No. CT 14579

## **CERTIFICATION**

      It is hereby certified that on this date a copy of the foregoing was mailed, postage prepaid, to the following:

Attorney Samuel J. Pace, Jr.
Dugan Brinkmann Maginnis & Pace
1880 JFK Boulevard
Suite 1400
Philadelphia, PA 19103

Attorney Ronald D. Williams
Williams Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611

Attorney Denise Martino Phelan
O'Keefe Phelan & Jackson
Jackson O'Keefe & Phelan
36 Russ Street
Hartford, CT 06106-2500

Jon P. Antkowiak

2