UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Allianz Insurance Company**
3400 Riverside Drive
P.O. Box 7782
Burbank, CA  91510-7782
 and
**AEC/Sterling Automation**
5200 West Clinton Avenue
Milwaukee, WI  53224-9518
   *Plaintiffs*
vs.
**Central Connecticut Fire Protection, Inc.**
46 Britannia Street
Meriden, CT  06450
 and
**Eustis Construction Company**
20 Silkey Heights
North Gramby, CT  06060
   *Defendants*

CIVIL ACTION No. 302DV510 (GLG)

FILED

Federal Bar No. CT23596

JURY TRIAL DEMANDED

DATE OF FILING: July 12, 2002

## DISMISSAL STIPULATION

AND NOW this _____ day of December, 2003, it is hereby STIPULATED AND AGREED by and among the undersigned counsel for the parties that the above matter is DISMISSED WITH PREJUDICE.

Dated: 12-16-03

_____
Denise Martino Phelan, Esquire, Attorney for Defendant Eustis Construction Company

Dated: 12-19-03

_____
Ronald D. Williams, Jr., Esquire,
Attorney for Defendant Central Connecticut Fire Protection, Inc.

Dated: 1/5/04

_____
John Ankoviak, Esquire, Attorney for Defendant Fire Protection Testing, Inc.

Dated: 12/15/3

_____
Samuel J. Pace, Jr., Esquire, Attorney for Plaintiffs

BY THE COURT:

_____ J.

USDJ